UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x
UNITED STATES OF AMERICA         :    Hon. Tonianne J. Bongiovanni
                                 :
         v.                      :    Mag. No. 01-20 (JAP)
                                 :
DANIEL KEATON                    :    <u>DETENTION ORDER</u>
---------------------------------x

    This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant United States Attorney, appearing), in the presence of Brian P. Reilly, attorney for defendant Daniel Keaton, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant without bail pending the hearing on his violation of supervised release in the above-entitled matter, and for good cause shown,

    IT IS, therefore, on this 25 day of April 2013, ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Keaton be committed to the custody of the Attorney General or his authorized representative pending the hearing on his violation of supervised release in the above-entitled matter;

    IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Keaton be afforded reasonable opportunity for private consultations with counsel;

    IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Keaton

shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings;

IT IS FURTHER ORDERED that the motion of the United States for an order detaining defendant Keaton without bail pending the hearing on his violation of supervised release in the above-entitled matter is hereby granted, and defendant Keaton is hereby ordered detained pending the hearing on his violation of supervised release in the above-entitled matter.

_____
HONORABLE TONIANNE J. BONGIOVANNI
United States Magistrate Judge